## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PETE EARL TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 18-CV-1448-CSB |
| | ) |
| OFFICER SWISE, OFFICER GALL, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO VACATE AND CONTINUE TRIAL DATE

Defendants Nicholas Swise and Justin Gall, by their attorney, Bhairav Radia, move this court to vacate the trial date of April 18, 2023 and reset it to a later date that works for the court and the parties. In support of this motion, Defendants state:

1. Defendants' attorney, Bhairav Radia, has been having some medical issues recently, for which he underwent a medical procedure last week; and on April 7th was diagnosed with a serious medical condition.

2. As a result, Attorney Radia needs to take time off work to undergo further evaluation and tests and meet with his medical providers to determine a course of treatment and focus on his health and wellbeing over the next few weeks.

3. Counsel can disclose more information to the court in camera or under seal if required.

4. Unfortunately, counsel is unable to find another attorney in his firm to substitute for him and try this case with such short notice.

5. Under these circumstances, Defendants request this court to vacate the April 18th trial date and reschedule the trial for a later date that works for the court and

1

all the parties.

6.     Attorney Radia spoke with Ms. Mallory Meade, one of plaintiff's counsels, on April 10th, and apprised her of the situation before filing this motion. Plaintiff's counsel said they will need to discuss the matter with plaintiff, who is in federal custody, to determine his position.

7.     Defense counsel sincerely regrets any inconvenience this motion may cause to the court, plaintiff, and plaintiff's counsel, but the motion is not being brought to unnecessarily delay the trial or for any other improper purpose; rather, it arises from unforeseen circumstances.

For these reasons, Defendants request this court to vacate the April 18, 2023 trial date and reschedule it to a later date that works for the court and all the parties; or any other relief the court deems proper.

Respectfully submitted,

**NICHOLAS SWISE AND JUSTIN GALL,**

By: *s/Bhairav Radia*
     Bhairav Radia, #6293600

IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Facsimile: (847) 291-9230
Email:  bradia@ifmklaw.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PETE EARL TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 18-CV-1448-CSB |
| | ) |
| OFFICER SWISE, OFFICER GALL | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 10, 2023, I electronically filed the attached *Defendants' Motion to Vacate and Reset Trial Date* with the Clerk of Court using the CM/ECF system, which will cause the filed document to be served on the following registered CM/ECF participants:

Clare Donahue:    clared3@illinois.edu
Mallory Meade:    mmeade2@illinois.edu
Dara M. Trevino:    saramt3@illinois.edu

                        *s/Bhairav Radia*
                        Bhairav Radia, #6293600
                        IFMK Law, Ltd.
                        650 Dundee Road, Suite 475
                        Northbrook, Illinois 60062
                        Telephone: (847) 291-0200
                        Email:  bradia@ifmklaw.com