IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PETE EARL TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SWISE, et al., )<br>)<br>Defendants. ) | 1:18-cv-01448-CSB<br><br>Judge Colin S. Bruce |

### Plaintiff's Motion to Reschedule Trial

**NOW COMES** the Plaintiff, Pete Earl Taylor, by his attorneys, Clare Donohue, Mallory Meade, and Sara Treviño, and for his Motion to Reschedule Trial states as follows:

1. On April 10, 2023, Defendants filed a Motion to Vacate and Continue Trial Date due to Defendants' counsel Mr. Bhairav Radia's health.

2. On April 14, 2023, this Court held a status conference with the parties, at which this Court granted Defendants' motion and rescheduled trial for July 11, 2023. Also at this status conference, this Court terminated Ms. Donohue, Ms. Meade, and Ms. Treviño as Plaintiff's counsel in this case due to their upcoming graduation from law school and departure from the Federal Civil Rights Clinic.

3. Since April 14, Plaintiff's counsel has been corresponding with other members of the Federal Civil Rights Clinic to discuss the possibility of taking over Plaintiff's case. Rising third year law students and current clinic members Lili Klainer and Amber Gleeson are available and willing to take over Plaintiff's case and represent him at trial.

4. In order to represent Plaintiff at trial, Ms. Klainer and Ms. Gleeson request that trial be rescheduled from July 11, 2023 to the fall of 2023.

5. Ms. Donohue, Ms. Meade, and Ms. Treviño have discussed this possibility with Plaintiff and he agrees to Ms. Klainer and Ms. Gleeson taking over his case and rescheduling trial to the fall.

6. Defendants' counsel Mr. Radia has no objection to rescheduling trial as long as the new date falls after September 11, 2023.

7. Additionally, this Court asked Plaintiff at the April 14 status conference if he would prefer to remain in custody at Livingston County Jail while awaiting trial. After further consideration, Plaintiff has decided he would rather be redesignated and moved to a federal facility in central Illinois.

For the above and foregoing reasons, Plaintiff respectfully requests the following:

1. That this Court grant his Motion to Reschedule Trial;
2. That this Court redesignate Plaintiff and transfer him to a federal facility pending trial; and
3. That this Court grant such other relief as the court deems appropriate under the circumstances.

Respectfully Submitted,

Pete Earl Taylor


By: /s  Clare Donohue, Mallory Meade, & Sara Treviño

Attorneys for Pete Earl Taylor

University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Avenue
Room 241
Champaign, IL 61820
clared3@illinois.edu
mmeade2@illinois.edu
saramt3@illinois.edu

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PETE EARL TAYLOR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 18-CV-1448-CSB |
| ) | |
| SWISE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, I filed an electronic copy of the foregoing Motion to Reschedule Trial through the CM/ECF system to the Defendant's attorney at the address below:

Bhairav Radia
O'Halloran, Kosoff, Geitner & Cook, LLC
Fourth Floor, Suite 475
650 Dundee Road
Northbrook, Illinois 60062
Phone: (847) 291-0200
Fax: (847) 291-9230
Email: bradia@okgc.com

Respectfully Submitted,

By: /s  Clare Donohue, Mallory Meade, & Sara Treviño

Attorneys for Pete Earl Taylor

University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Avenue
Room 241
Champaign, IL 61820
clared3@illinois.edu
mmeade2@illinois.edu
saramt3@illinois.edu

4