UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PETE EARL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:18-cv-01448-CSB |
| | ) | Judge Colin S. Bruce |
| NICHOLAS SWISE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned is admitted or otherwise authorized to practice in this Court, and hereby enters an appearance in this case as counsel for Plaintiff Pete Earl Taylor.

Respectfully Submitted,

By: /s Amber Gleeson

University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Avenue
Champaign, IL 61820
amberlg2@illinois.edu

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PETE EARL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:18-cv-01448-CSB |
| ) | Judge Colin S. Bruce |
| ) | |
| NICHOLAS SWISE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2023, I filed an electronic copy of the foregoing Notice of Appearance through the CM/ECF system at the address of Defendant's attorneys below:

Bhairav Radia
O'Halloran, Kosoff, Geitner & Cook, LLC
Fourth Floor, Suite 475
650 Dundee Road
Northbrook, Illinois 60062
Phone: (847) 291-0200
Fax: (847) 291-9230
Email: bradia@okgc.com

/s Amber Gleeson

University of Illinois
College of Law
Federal Civil Rights Clinic
504 E. Pennsylvania Ave.
Champaign, IL 61820
amberlg2@illinois.edu