# VERDICT FORM
### *Taylor v. Swise*, 18-cv-1448



**FILED**

OCT 18 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## Section 1: Plaintiff's claim against Defendant Swise.

**A. Liability.**

We, the jury, find in favor of:

Plaintiff Pete Earl Taylor ___     **OR**     Defendant Nicholas Swise _X_

**B. Nominal Damages.**

*If you found for Plaintiff on this claim, fill in one dollar for nominal damages and proceed to consider punitive damages. If you found against Plaintiff on this claim proceed to Section 2.*

Having found for Plaintiff on his claim against Defendant Swise, we fix Plaintiff's nominal damages as $_____.

**C. Punitive Damages.**

*If you found for Plaintiff, in addition to nominal damages awarded above, you may, but are not required to, award punitive damages against Defendant Swise. If you found against Plaintiff, skip to Section 2.*

Having found for Plaintiff, we fix Plaintiff's punitive damages against Defendant Swise, if any, as follows: $_____.

# VERDICT FORM
## Taylor v. Swise, 18-cv-1448

### Section 2: Plaintiff's claim against Defendant Gall.

**A. Liability.**

*If you found against Plaintiff as to his claim against Defendant Swise you must also find against Plaintiff regarding his claim against Defendant Gall. If you found for Plaintiff on his claim against Defendant Swise you must independently consider his claim against Defendant Gall.*

We, the jury, find in favor of:

Plaintiff Pete Earl Taylor \_\_\_    **OR**    Defendant Justin Gall **X**

**B. Nominal Damages.**

*If you found for Plaintiff on this claim, fill in one dollar for nominal damages and proceed to consider punitive damages. If you found against Plaintiff, skip to Section 3.*

Having found for Plaintiff on his claim against Defendant Gall, we fix Plaintiff's nominal damages as $_____.

**C. Punitive Damages.**

*If you found for Plaintiff, in addition to nominal damages, you may, but are not required to, award punitive damages against Defendant Gall. If you found against Plaintiff, skip to Section 3.*

Having found for Plaintiff, we fix Plaintiff's punitive damages against Defendant Gall, if any, as follows: $_____.

## VERDICT FORM
*Taylor v. Swise*, 18-cv-1448

### Section 3: Signatures.

We, the jury, having reached a unanimous agreement on Plaintiff's claims, sign below.

Date: 10/18/23

s/Presiding Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

Page **34** of **34**