Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Pete Earl Taylor**  **Plaintiff,**  vs.  **Nicholas Swise; Justin Gall;**  **Tazwell County Sheriff's Department;**  **Doug Sparks**  **Defendant.** | Case Number: 18-CV-1448 |

### AMENDED JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** defendant Tazwell County Sheriff's Department was terminated 1/29/2019 pursuant to the Court's Merit Review Order, and defendant Doug Sparks was terminated 12/1/2021 pursuant to the Court's text order.

**IT IS FURTHER ORDERED AND ADJUDGED** that by jury verdict entered 10/18/2023, judgment is entered in favor of the Defendants and against the Plaintiff on all counts. The Plaintiff recovers nothing from the suit and the case is terminated.

**Dated: 10/19/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court